No. 78–1945. UNIVERSITIES RESEARCH ASSN., INC. *v.* COUTU. C. A. 7th Cir. [Certiorari granted, 445 U. S. 925.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted, and five additional minutes allotted for that purpose. Respondent also allotted five additional minutes for oral argument.

No. 79–838. MAINE ET AL. *v.* THIBOUTOT ET VIR. Sup. Jud. Ct. Me. [Certiorari granted, 444 U. S. 1042.] Motion of respondents for leave to file a supplemental brief after argument granted.

No. 79–1127. ESTELLE, CORRECTIONS DIRECTOR *v.* SMITH. C. A. 5th Cir. [Certiorari granted, 445 U. S. 926.] Motion of American Psychiatric Association for leave to file a brief as *amicus curiae* granted.

No. 79–1186. DENNIS *v.* SPARKS ET AL., DBA SIDNEY A. SPARKS, TRUSTEE. C. A. 5th Cir. [Certiorari granted, 445 U. S. 942.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 79–1420. FIRESTONE TIRE & RUBBER CO. *v.* RISJORD. C. A. 8th Cir. [Certiorari granted, 446 U. S. 934.] Motion of respondent to supplement the record granted.

No. A–1072 (79–1893). FREEDOM INSTITUTE OF AMERICA ET AL. *v.* NEW JERSEY. Application for release of Rev. Jerome Heinemann, addressed to MR. JUSTICE STEVENS and referred to the Court, denied.

No. 79–1941. DIAMOND, COMMISSIONER OF PATENTS AND TRADEMARKS *v.* SHERWOOD. C. C. P. A. Motion of respondents to expedite consideration of the petition for writ of certiorari denied.

No. 79–415. UNITED STATES *v.* MEARNS ET AL. C. A. 3d Cir. Certiorari denied.